STATE of Missouri, Respondent,

v.

John S. DORSEY, Appellant.

No. WD 59399.

Missouri Court of Appeals,
Western District.

Jan. 22, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 5, 2002.

Application for Transfer Denied
April 23, 2002.

Susan L. Hogan, Appellate Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrew W. Hassell, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before: HOWARD, P.J., and BRECKENRIDGE and NEWTON, JJ.

### Order

PER CURIAM.

A jury convicted John S. Dorsey of one count of forcible sodomy, one count of robbery in the first degree, and two counts of armed criminal action. On appeal, Mr. Dorsey contends that the trial court plainly erred in failing to instruct the jury on the lesser-included offense of robbery in the second degree.

Judgment affirmed. Rule 30.25(b).